UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

JORDAN A. GARLOCK,

        Debtor.

Chapter 13
Case No. 16-20074

# OPINION ON ORDER GRANTING IN PART AND DENYING IN PART SECOND INTERIM APPLICATION OF MOLLEUR LAW OFFICE FOR COMPENSATION OF LEGAL SERVICES

      This matter came before the Court on the Second Interim Application of Molleur Law Office for Compensation of Legal Services (Docket Entry ("D.E.") 55) (the "Second Fee Application") dated March 2, 2017 seeking allowance of $1,183.30 in fees and $95.85 in costs, for a total of $1,279.15. The fees sought include $214.00 in time billed in connection with drafting and reviewing the Second Fee Application. Approximately five months ago, Molleur Law Office filed a prior fee application (the "First Fee Application") in the amount of $4,841.75 for fees and $595.98 for expenses (D.E. 45).

      In light of the fact that the Second Fee Application was filed so soon after the First Fee Application and seeks such a relatively small award, the Court finds the fees billed in connection with drafting and reviewing the Second Fee Application are not reasonably likely to benefit the Debtor or his estate, and are not necessary to the administration of this case. These fees, in the amount of $214.00, should be disallowed without prejudice to Molleur Law Office's right to request those fees at the time of its final fee application.

      Therefore, the Court concludes that Molleur Law Office, as counsel for the Debtor, should be allowed the sum of $969.30 in fees and $95.85 in costs for a total of $1,065.15, in addition to the $5,437.73 previously allowed, which represents reasonable compensation for services rendered to the Debtor between October 4, 2016 and March 2, 2017.

      A separate order shall enter.

Dated: March 31, 2017

/s/ Peter G. Cary
Hon. Peter G. Cary
United States Bankruptcy Court